

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-15-00152-CV

Mary **BARRERA**,
Appellant

v.

**HEB GROCERY COMPANY, LP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14809
Honorable Michael E. Mery, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to November 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  David Medina
The Medina Law Firm
5300 Memorial Drive, Suite 890
Houston, TX 77007

Wallace Jefferson
Alexander Dubose Jefferson & Townsend
515 Congress Ave., Suite 2350
Austin, TX 78701-3562

Timothy Hootman
2402 Pease St
Houston, TX 77003-5238